*and Lipsey, Richard A. Skolnik, Lynette Labinger,* for petitioners. *Gunning, LaFazia & Gnys, Inc., Bennett R. Gallo,* for School Committee of the Town of Coventry.

M. P. No. 78-455. MICHAEL J. FLYNN *v.* BOARD OF ELECTIONS OF THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS *et al.* The petitioner's motion to withdraw his petition for writ of certiorari and his petition for writ of mandamus is granted. *Tillinghast, Collins & Graham, Mark A. Pfeiffer,* for petitioner. *Dennis J. Roberts II,* Attorney General, *Harold E. Krause,* Special Assistant Attorney General, *Letts, Quinn & Licht, Joseph DeAngelis, Stephen F. Achille, John H. Hines, Jr., Joseph T. Trainor,* for respondents.

M. P. No. 78-457. HOPE BUILDING CO., INC. *v.* CITY OF EAST PROVIDENCE. The petition for writ of certiorari is denied. *Adler Pollock & Sheehan Incorporated, Peter Lawson Kennedy,* for petitioner. *Nathaniel J. Rendine,* Assistant Solicitor, for respondent.

M. P. No. 79-18. FRANK J. KOWAL *v.* MATHEW J. GILL, JR. The petition for writ of habeas corpus is denied as moot. *John Tramonti, Jr.,* for petitioner. *Dennis J. Roberts II,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for respondent.

February 12, 1979.

M. P. No. 78-201. PETITION OF RHODE ISLAND BAR ASSOCIATION. This matter is before the court on an order to show cause why Aram K. Berberian, Esq., should not be suspended from the practice of law unless he pays his dues to the Rhode Island Bar Association in accordance with the Unification Order of this court entered in *Petition of Rhode Island Bar Association,* 111 R.I. 936, 306 A.2d 199 (1973); *see also Petition of Rhode Island Bar Association,* 108 R.I. 947, 279 A.2d 432 (1971). This Unification Order and the requirement of dues paying membership in the Rhode Island Bar Association has been challenged unsuccessfully by Mr. Berberian on a number of occasions in both State and Federal judicial proceedings. A review of the most recent cases will be illustrative.